IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
__Atlanta__ DIVISION

__ERic Beitt__
(Print your full name)

    Plaintiff *pro se*,

v.

__Gwinnett County__

_____
(Print full name of each defendant; an employer is usually the defendant)

    Defendant(s).

CIVIL ACTION FILE NO.

__1:22-CV-2090__

(to be assigned by Clerk)

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

MAY 25 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## PRO SE EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1. This employment discrimination lawsuit is brought under (check only those that apply):

    Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

   **NOTE**: To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

__✓__   Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

_____   Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

_____   Other (describe) _____

_____

_____

_____

_____

_____

2. This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3. Plaintiff.   Print your full name and mailing address below:

   Name     Eric Britt

   Address  1338 Jameson Lane

   Lville, GA 30043

4. Defendant(s).   Print below the name and address of each defendant listed on page 1 of this form:

   Name     Gwinnett County
   Address  75 Langley Dr
            Lville, GA 30046
            Attn: Theresa Cox, Deputy County Attorney

   Name     Gwinnett County
   Address  75 Langley Dr.
            Lville, GA 30044
            Attn: Jonathan Randel, Senior Assistant County Attorney

   Name     Gwinnett County
   Address  75 Langley Dr.
            Lville, GA 30043
            Attn: Adrienne McAllister, HR Director

## Location and Time

5. If the alleged discriminatory conduct occurred at a location <u>different</u> from the address provided for defendant(s), state where that discrimination occurred:

   _____
   _____

Page 3 of 9

6. When did the alleged discrimination occur? (State date or time period)

It was a built on over time, 2019 at Holiday Breakfast, In the Supervisor / Manager meeting, and January 2020.

## Administrative Procedures

7. Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?  ✓ Yes  ___ No

    If you checked "Yes," attach a copy of the charge to this complaint.

8. Have you received a Notice of Right-to-Sue letter from the EEOC?

    ✓ Yes  ___ No

    If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: 02\28\2022

9. If you are suing for **age discrimination**, check one of the following:

    ✓   60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

    ___   Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

   \_\_\_\_ Yes   \_\_\_\_ No   \_✓\_ Not applicable, because I was not an employee of, or applicant with, a State agency.

   If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

   _____
   _____
   _____
   _____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

   \_\_\_\_ Yes   \_\_\_\_ No   \_✓\_ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

   If you checked "Yes," describe below what happened in that administrative process:

   _____
   _____
   _____
   _____

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

    ___   failure to hire me
    ___   failure to promote me
    ___   demotion
    ___   reduction in my wages
    ✓     working under terms and conditions of employment that differed from similarly situated employees
    ✓     harassment
    ✓     retaliation
    ✓     termination of my employment
    ___   failure to accommodate my disability
    ___   other (please specify) _____

13. I believe that I was discriminated against because of (check only those that apply):

    ✓     my race or color, which is  black
    ___   my religion, which is _____
    ___   my sex (gender), which is  ___ male  ___ female
    ___   my national origin, which is _____
    ✓     my age (my date of birth is  09 \ 07 \ 1971 )
    ___   my disability or perceived disability, which is:
          _____

    ___   my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

    ___   other (please specify) _____

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

(1) Working under terms and conditions of employment that differed from similarly situated employees. (a) Steve Loggings (b) Steven Spencer

(2) Harassment: From 2019 under the date I was fired.

(3) Retaliation: I told the Deputy Director and my Manager the solution to a problem and they didn't agree.

(4) Termination of my employment: It was say that I was unable to perform my duties. (a) I completed the PIP, (b) I completed my assignments on the 2019 ITS Portfolio, I completed all assignments, (c) I followed the GIS strategic Plan to the completion.

See attached sheet.

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

Information for Charge 410-2020-08581

My EEOC suit "alleges that the firing of Eric Britt from Gwinnett County (GC) was not do to "Unable to Perform Job Duties" were due to race and age (Old Pension Plan). I was harass every day for something from February until the August 14, 2020. I have worked at Gwinnett County for the past 19 years without a negative job performance review. I have 18 years of great reviews and all of job well done from Commissioner, Elected Staff, Staff and Citizens of Gwinnett County. The Performance Improvement Plan (PIP) did not provide performance improvement measurements to evaluate ones improvement or not. I completed all the task listed.

My 2020 review was full with false statements, negative scores and underperforming rates for the same items, I received a year before with meeting or above expectation. I didn't miss a day of work in 2 years and worked day and night to ensure the Gwinnett County GIS department has a smooth transition with the new Manager. The only changed this year was they wanted me out and they put me on a performance improvement plan which I completed I have it with all the work that was done to complete the PIP. The Manager said I didn't complete it and the IT HR Rep. told me herself and I told Gwinnett County HR "she didn't look at anything I sent because of the budget" HR said she said "why would I tell him that". I provided all my concerns regarding my Evaluation and PIP documentation to HR rep. Michelle Saunders and Vicki Casella. I requested a meeting with the County Administrator and he refer my messages to the HR Director.

1. Please request to review the PIP and the last 19 years of my Reviews or (2013 to 2020).
2. Please request to review the pay of ITS staff salaries 2017, 2018, 2019 and 2020.
3. Please review difference in the treatment of Steve Logging and Steven Spencer and how they were moved and not fired.
4. Please request to review the complaints with the Gwinnett County ITS.
5. Please request to review the 2019 ITS Portfolio and review the GIS project.
6. Please request to review the 2018 & 2019 GIS Strategic Plan, which will show all the GIS Innovation with the latest Technology, Software and Ideas.

Facts:

Eric Britt a black man with 28 years of experience in GIS was making six figures income and I was in the old pension plan with 1700 hours in my retirement bank, 800 hours in sick leave. You should be able to use this information to see why I wasn't a firing for not doing my job. I was the only one of the GIS staff that understand the current GIS system with GIS ITS experience. Everybody Dax hired was a friends or someone he or his friends knew or had a relationship expect Lynsey Hall when I was employed at GC. In the PIP plan had me provide training to the staff and transfer my job duties to staff member so they could fire me or push me to quit. The two write-up was to build a case against me to be fired.

Again with you review of the evidence you can see the firing was for no able to perform duties but discrimination of a black man making that income and having the pension plan that cost the department more than 68,000 per year with 2 years until retirement. A favorable evaluation would have provide a pay raise of 3 or 4% with additional money being paid out for 2020 and 2021 budget for salary and retirement. On my last day Traci Williams and Michelle Saunders encouraged me to quit vs being fired. I didn't nothing wrong and was one of the best employee of Gwinnett County. I wanted opportunity to complete my last 2 years and retire like all my other co-workers at GC.

15. Plaintiff  \_\_\_\_ still works for defendant(s)
    ✓ no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation?  \_\_\_\_ Yes  ✓ No

    If you checked "Yes," please explain: _____

    _____

17. If your case goes to trial, it will be heard by a judge unless you elect a jury trial. Do you request a jury trial?  ✓ Yes  \_\_\_\_ No

**Request for Relief**

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

✓ Defendant(s) be directed to change status from terminate to Retire

✓ Money damages (list amounts) yearly salary, money in my retirement account, and start receiving my pension.

✓ Costs and fees involved in litigating this case

✓ Such other relief as my be appropriate

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this __25__ day of __May_____, 20 __22__

__[signature]_____
(Signature of plaintiff *pro se*)

__Eric Britt_____
(Printed name of plaintiff *pro se*)

__1338 Jameson Ln_____
(street address)

__Lv,lle, GA 30043_____
(City, State, and zip code)

__britter1631@yahoo.com_____
(email address)

__678-629-8606_____
(telephone number)